IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| JENNIFER PINCKNEY, PERSONAL REPRESENTATIVE OF THE ESTATE OF CLEMENTA PINCKNEY, | ) ) ) ) | CASE NO.:2:16-cv-2350-RMG |
| Plaintiff, | ) ) ) | PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS and |
| vs. | ) ) | MOTION AND MEMORANDUM IN SUPPORT TO CONDUCT |
| THE UNITED STATES OF AMERICA, | ) ) | JURISDICTIONAL DISCOVERY |
| Defendant. | ) ) | |

  Plaintiff above named hereby joins Plaintiff's Response in Opposition to Defendant's Motion to Dismiss and Plaintiff's Motion and Memorandum in Support to Conduct Jurisdictional Discovery filed in Case Number: 1:16-CV-2356-RMG.

               Respectfully submitted,

               By: s/Sen. Gerald Malloy
               Sen. Gerald Malloy (Fed Bar #5360)
               Malloy Law Firm
               PO Box 1200
               Hartsville, SC 29551
               Phone: 843-339-3000
               Fax: 843-332-4646
               gmalloy@bellsouth.net

               By: s/S. Randall Hood
               S. Randall Hood (Fed Bar #6103)
               McGowan, Hood & Felder, LLC
               1539 Health Care Drive
               Rock Hill, SC 29732
               Phone: 803-327-7828
               rhood@mcgowanhood.com

By: s/Gedney M. Howe, III
Gedney M. Howe, III (Fed Bar 1971)
Law Offices of Gedney M. Howe, III, PA
PO Box 1034
Charleston, SC 29402
Phone: 843-722-8048
Fax: 843-722-2140
kleroy@gedneyhowe.com

January 27, 2017

2