# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

*Civil Action No. 2:16-cv-2356-RMG (Lead)*
*Civil Action No. 2:16-cv-2350-RMG; Civil Action No. 2:16-cv-2351-RMG; Civil Action No. 2:16-cv-2352-RMG; Civil Action No. 2:16-cv-2354-RMG; Civil Action No. 2:16-cv-2355-RMG; Civil Action No. 2:16-cv-2357-RMG; Civil Action No. 2:16-cv-2358-RMG; Civil Action No. 2:16-cv-2359-RMG; Civil Action No. 2:16-cv-2360-RMG; Civil Action No. 2:16-cv-2378-RMG; Civil Action No. 2:16-cv-2405-RMG; Civil Action No. 2:16-cv-2406-RMG; Civil Action No. 2:16-cv-2407-RMG; Civil Action No. 2:16-cv-2409-RMG; Civil Action No. 2:16-cv-2746-RMG*

| | |
|---|---|
| JENNIFER PINCKNEY, Personal Representative of the ESTATE of CLEMENTA PINCKNEY, <br><br> Plaintiff, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No. 2:16-cv-2350-RMG <br><br><br> JOINT NOTICE OF APPEAL |

Notice is hereby given that Plaintiff Jennifer Pinckney, Personal Representative of the Estate of Clementa Pinckney, in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order and Opinion entered in this action on the 18th day of June, 2018 and the Amended Order and Opinion entered in this action on the 18th day of June, 2018.

Pursuant to Fed. R. App. P. 3(b)(1), the aforementioned party files a joint notice of appeal along with all Plaintiffs in the above-reference Civil Action Numbers, which have been consolidated in the District Court, as all are entitled to appeal from the District Court order and judgment, and their interests make joinder practicable.

By: s/Sen. Gerald Malloy
Sen. Gerald Malloy (Fed. Bar #5360)
Malloy Law Firm
PO Box 1200
Hartsville, SC 29551
Phone: 843-339-3000
Fax: 843-332-4646
gmalloy@bellsouth.net

By: s/ S. Randall Hood
S. Randall Hood (Fed. Bar #6103)
McGowan, Hood & Felder, LLC
1539 Health Care Drive
Rock Hill, SC 29732
Phone: 803-327-7828
rhood@mcgowanhood.com

By: s/Gedney M. Howe, III
By: s/Alvin J. Hammer
Gedney M. Howe, III (Fed. Bar #1971)
Alvin H. Hammer (Fed. Bar #1693)
Law Offices of Gedney M. Howe, III, P.A.
PO Box 1034
Charleston, SC 29402
Phone: 843-722-8048
Fax: 843-722-2140 (fax)
ghowe@gedneyhowe.com
kleroy@gedneyhowe.com

*Attorneys for Jennifer Pinckney, Personal Representative of the Estate of Clementa Pinckney*

August 10, 2018
Charleston, South Carolina