IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| FELICIA SANDERS, individually and as Legal Custodian of K.M., a minor,<br><br>          Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>          Defendant.<br><br>This document pertains to all cases | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:16-cv-2356-MBS<br><br>*consolidated with* 2:16-cv-2350; 2:16-cv-2351; 2:16-cv-2352; 2:16-cv-2354; 2:16-cv-2355; 2:16-cv-2357; 2:16-cv-2358; 2:16-cv-2359; 2:16-cv-2360; 2:16-cv-2405; 2:16-cv-2406; 2:16-cv-2407; 2:16-cv-2409; and 2:16-cv-2746 |

**ORDER GRANTING JOINT MOTION FOR TEMPORARY STAY**

Before the Court is the parties' Joint Motion for Temporary Stay. Upon review of the same, and for good cause shown, the Court GRANTS the motion and ORDERS these actions STAYED for 90 days. At the close of 90 days, the parties shall submit a proposed scheduling order.

      **IT IS SO ORDERED**.


                                   /s/ Margaret B. Seymour
                                   Senior United States District Judge


Charleston, South Carolina

August 16, 2021